IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2019 JUN 17 A 10: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tracey Grissom #296141 )
Full name and prison number )
of plaintiff(s) )

v. )

Corizon, Dr. David Gams )
Nurse Gilcrest, Nurse )
manuel, ADOC, Chief )
Gordon, Lt. young, Lt )
Coleman, Nurse L. Jackson )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 2:19-cv-420-wkw-csc
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( ) NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( ) NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example:  Was the case dismissed?
Was it appealed?  Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Montgomery Women's
facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
Julia Tutwiler prison for women

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. David Gams (Doctor | |
| 2. Gilcrest (Nurse) | |
| 3. manuel (Nurse) | |
| 4. Lyndia Jackson (D.O.N) | |
| 5. Gordon (Chief stewart) | |
| 6. Brian Corman (Lt ADOC) | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED June 6th 2017
thru Feb 2018

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Deliberate indiffrence -
_____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Intestines interceded outside of body on June 9, 2017 but wasn't sent to hospital until June 12, 2017. Surgery was required. Then Complications of stoma from June 14 until Feb 2018 that required another Surgery

GROUND TWO: Watorness

delay in care and failure to follow meal plan.

SUPPORTING FACTS: failure to send to hospital before more problems arose that required Surgery, that otherwise may have been prevented, delay in having stoma repaired causing Significate pain, Stress + sores. that was unnecessary to sustain, failure to follow meal plan.

GROUND THREE: ~~Negligence~~, Cruel and Unusual punishment

SUPPORTING FACTS: Not providing adequate Supplies, Causing humiliation and distress. by feces soiling clothing/ bedding regularly. Denied proper medical care, and delaying of Specialized medical needs and delay of Sending to hospital.

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

Seeking ~~monetary~~ Punitive damages, preventive relief,
~~Punitive damages~~, general damages, and
Summary Judgement

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on ___6/12/19___.
(Date)

Signature of plaintiff(s)

4

Tracey Grissom
#296191 Mwf
P.O. Box 75
Mt Meigs, AL 36057



THIS CORRESPONDENCE IS FORWARDED FROM
AN ALABAMA STATE PRISON. THE CONTENTS
HAVE NOT BEEN EVALUATED AND THE ALABAMA
DEPARTMENT OF CORRECTIONS IS NOT
RESPONSIBLE FOR THE SUBSTANCE OR
CONTENT OF THE ENCLOSED COMMUNICATION.

RECEIVED
2019 JUN 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

United States District Court
One church St. Suite B-110
Montgomery, AL 36104