IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TRACEY GRISSOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv420-MHT |
| | ) | (WO) |
| CORIZON, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 1, 2024, this court entered an order administratively closing this case pending the bankruptcy stay and requiring the parties to file monthly joint status reports "concerning defendant Corizon LLC's bankruptcy proceeding and recommending any next steps to take in this matter." Status Report Order (Doc. 228). In the joint status report filed on March 3, 2025, (Doc. 241), the parties stated that the "Joint Plan was confirmed by the Bankruptcy Court." March 2025 Joint Status Report (Doc. 241), at 1. However, the parties provided no explanation of how that affects the present case. As a result, this court

is uncertain of what it should do in response to the bankruptcy court's confirmation of the 'joint plan.'

Accordingly, it is ORDERED that, by March 7, 2025, the parties are jointly to file a report outlining what actions they recommend that this court take in light of the bankruptcy court's confirmation of the joint plan.

DONE, this the 4th day of March, 2025.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE